SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eugene F. Brigham, et al    Plaintiff,

- against -

Royal Bank of Canada, et    Defendant.
al

8 ___ cv  4431 ___ ( __ )

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Jonathan K. Levine       a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Christina H. C. Sharp |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA  94108 |
| Phone Number: | (415) 981-4800 |
| Fax Number: | (415) 981-4846 |

Christina H. C. Sharp           is a member in good standing of the Bar of the States of

California

There are no pending disciplinary proceeding against   Christina H. C. Sharp
in any State or Federal court.

Dated:      5/30/2008
City, State: San Francisco, CA

Respectfully submitted,

Sponsor's
SDNY Bar    Jonathan K. Levine (JL-8390)
Firm Name:  GIRARD GIBBS LLP
Address:      601 CALIFORNIA STREET, SUITE 1400
City/State/Zip:  SAN FRANCISCO, CA  94108
Phone Number: (415) 981-4800
Fax Number:   (415) 981-4846

SDNY Form Web 10/2006

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 08-CV-4431** |

## AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF CHRISTINA H. C. SHARP

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1.     I am an attorney duly admitted to practice law before this Court. My admission to this Court was on March 14, 1989.

2.     I am not under suspension or disbarment by any court.

3.     I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4.     I make this affidavit in support of Plaintiffs' Motion for the admission of Christina H. C. Sharp *pro hac vice.*

5.     I have known Christina H. C. Sharp for approximately 2 years, and believe she will uphold the integrity of this Court, and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct.  Executed this 30th day of May, 2008 at San Francisco, California.



_____
Jonathan K. Levine

On May 30, 2008, before me, Sue Querubin, Notary Public, personally appeared Jonathan K. Levine, proved by satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

SUZANNE M. QUERUBIN
Comm. # 1523059
NOTARY PUBLIC - CALIFORNIA
City and County of San Francisco
My Comm. Expires Oct. 30, 2008

WITNESS my hand and office seal.

_____
SUE QUERUBIN

1

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,<br><br>     Defendants. | CIVIL ACTION NO. 08-CV-4431 |

## DECLARATION OF CHRISTINA H. C. SHARP IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* MOTION

I, Christina H. C. Sharp, pursuant to 28 U.S.C. §1746, hereby declare under the penalty of perjury as follows:

1.      I am an associate at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108.  My telephone number is (415) 981-4800.

2.      I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter.  As demonstrated by the Certificates of Good Standing (**Exhibit A**), I am a member in good standing of the Bar of the State of California.

3.      There are no pending disciplinary proceedings against me in any State or Federal Court.

4.      Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter.

1

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct.  Executed this 30th day of May, 2008 at San Francisco, California.

Christina H. C. Sharp

Exhibit A

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

May 16, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTINA HILDEGARD CONNOLLY, #245869 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2006; that at her request, on May 6, 2008, her name was changed to CHRISTINA HILDEGARD CONNOLLY SHARP on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Eugene F. Brigham, et al      Plaintiff,

8   cv 4431    (   )

- against -

Royal Bank of Canada, et al      Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Jonathan K. Levine     attorney for   Eugene F. Brigham

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christina H. C. Sharp |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA  94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | chc@girardgibbs.com |

is admitted to practice pro hac vice as counsel for   Eugene F. Brigham                         in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:

City, State:  New York, NY

_____

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____     SDNY RECEIPT# _____

SDNY Form Web 10/2006

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,<br><br>       Defendants. | **CIVIL ACTION NO. 08-CV-4431** |

## CERTIFICATE OF SERVICE

I, Angeline C. Ellis, being duly sworn, deposes and says:

I am employed by Girard Gibbs LLP, 601 California Street, Suite 1400, San

Francisco, CA 94108. I am over the age of eighteen years and am not a party to this action.

On May 31, 2008, I served the attached document(s) via U.S. Mail:

1. **MOTION TO ADMIT COUNSEL PRO HAC VICE (DANIEL C. GIRARD);**

2. **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF DANIEL C. GIRARD;**

3. **DECLARATION OF DANIEL C. GIRARD IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

4. **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; (DANIEL C. GIRARD);**

5. **MOTION TO ADMIT COUNSEL PRO HAC VICE (AARON M. SHEANIN);**

6. **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF AARON M. SHEANIN;**

7. **DECLARATION OF AARON M. SHEANIN IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

8.   **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; (AARON M. SHEANIN);**

9.   **MOTION TO ADMIT COUNSEL PRO HAC VICE (A. J. De BARTOLOMEO);**

10.  **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF A. J. De BARTOLOMEO;**

11.  **AFFIDAVIT OF A. J. De BARTOLOMEO IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

12.  **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION (A. J. De BARTOLOMEO);**

13.  **MOTION TO ADMIT COUNSEL PRO HAC VICE (CHRISTINA H. C. SHARP);**

14.  **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION OF CHRISTINA H. C. SHARP;**

15.  **AFFIDAVIT OF CHRISTINA H. C. SHARP IN SUPPORT OF PLAINTIFFS' *PRO HAC VICE* ADMISSION;**

16.  **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION (CHRISTINA H. C. SHARP); and**

17.  **CERTIFICATE OF SERVICE.**

on:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct, executed May 31, 2008, at San Francisco, California.

Angeline C. Ellis

Service List

*Brighan v. Royal Bank of Canada et al*
1:08-cv-04431-WHP S.D. NY

Plaintiffs

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com
jkl@girardgibbs.com
ams@girardgibbs.com

Counsel for Plaintiff Eugene F. Brigham

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street, 10th Floor
New York, NY 10004
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
sweiss@seegerweiss.com
dbuchanan@seegerweiss.com

Counsel for Plaintiff Eugene F. Brigham

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

Counsel for Plaintiff Eugene F. Brigham

1