UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>      v.<br><br>Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,<br><br>         Defendants. | Civil Action No.<br>08-CV-4431(WHP)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the below-named individual enters his appearance as counsel of record for Defendants in this proceeding and request that all notices given or required to be given and all papers served or required to be served be given or served upon him.

  George S. Canellos  (gcanellos@milbank.com)


Dated: June 17, 2008
   New York, New York

         **MILBANK, TWEED, HADLEY & McCLOY LLP**

         By: /s/ George S. Canellos
            Sean M. Murphy (SM 8717)
            George S. Canellos (GC 8092)
            One Chase Manhattan Plaza
            New York, NY  10005
            Telephone:  (212) 530-5000
            Facsimile:  (212) 822-5219
            Email:  gcanellos@milbank.com

         *Attorneys for Defendants Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation*