UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,<br><br>　　　　　　　　　　　　　Defendants. | Civil Action No.<br>08-CV-4431(WHP) |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states that Defendant RBC Capital Markets Corporation is a wholly-owned indirect subsidiary of Royal Bank of Canada. Defendant RBC Capital Markets Corporation was previously known as RBC Dain Rauscher Inc. A different entity, also named RBC Capital Markets Corporation, merged into RBC Dain Rauscher, Inc. The combined entity was renamed RBC Capital Markets Corporation simultaneous with the closing of the merger and began operations on Monday, March 3, 2008.

Defendant Royal Bank of Canada is a publicly traded corporation listed on the New York and Toronto Stock Exchanges. There are no publicly held corporations that own 10%

or more of Royal Bank of Canada's common stock.

Dated: June 17, 2008
New York, New York

                  **MILBANK, TWEED, HADLEY & McCLOY LLP**

                  By:   /s/ Sean M. Murphy
                        Sean M. Murphy (SM 8717)
                        George S. Canellos (GC 8092)
                        One Chase Manhattan Plaza
                        New York, NY  10005
                        Telephone:  (212) 530-5000
                        Facsimile:  (212) 822-5219
                        Email:       smurphy@milbank.com

*Attorneys for Defendants Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation*