UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,<br><br>                                        Defendants. | Civil Action No.<br>08-CV-4431(WHP)<br><br>ECF Case |

## **CERTIFICATE OF SERVICE**

       I, Joshua R. Pater, an attorney duly admitted to practice before the Southern District of New York, certify that I caused a true and correct copy of the following documents:

- Notice Of Appearance for Sean M. Murphy, Esq.;
- Notice Of Appearance for George S. Canellos, Esq.;
- Defendants' Rule 7.1 Disclosure Statement; and
- Stipulation And [Proposed] Order.

to be served via first-class mail on the following individuals:

       A.J. De Bartolomeo
       Girard Gibbs, L.L.P.
       601 California Street, Suite 1400
       San Francisco, CA 94108

       Christina H. C. Sharp
       Girard Gibbs, L.L.P.
       601 California Street, Suite 1400
       San Francisco, CA 94108

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112

Dated: June 17, 2008
     New York, New York

                                              _____
                                              Joshua R. Pater (JP 1302)
                                              **MILBANK, TWEED, HADLEY & McCLOY LLP**
                                              One Chase Manhattan Plaza
                                              New York, NY 10005
                                              Telephone: (212) 530-5000