USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Eugene F. Brigham, Individually and as Trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust, and on Behalf of All Others Similarly Situated,

                Plaintiffs,

v.

Royal Bank of Canada, RBC Dain Rauscher Inc., and RBC Capital Markets Corporation,

                Defendants.

Civil Action No.
08-CV-4431(WHP)

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein that Defendants' time to answer, move or otherwise respond to the Complaint is adjourned without date, pending appointment of Lead Plaintiff and filing of an Amended Complaint.

Dated:     June 17, 2008

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Sean M. Murphy
George S. Canellos
One Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5219

*Attorneys for Defendants*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

6/27/08

**SEEGER WEISS LLP**

By: _____
Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
One William Street, 10th Floor
New York, NY 10004
Telephone:   (212) 584-0700
Facsimile:    (212) 584-0799

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:   (415) 981-4800
Facsimile:    (415) 981-4846

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone:   (816) 714-7100
Facsimile:    (816) 714-7101

*Attorneys for Plaintiffs*

SO ORDERED:   _____
William H. Pauley, III, U.S.D.J.

Dated: _____

NY2:#4793310v2

06/16/08 1:30 PM

2