```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EUGENE F. BRIGHAM, individually and on  :
behalf of all others similarly situated,

                               :

                    Plaintiff,             08 Civ. 4431 (WHP)

                               :

            -against-             ORDER GRANTING
                               :       ADMISSION PRO HAC VICE

ROYAL BANK OF CANADA et. al.,

                               :

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Jonathan K. Levine, Esq. in support of admitting Christina H. C. Sharp, Esq. to appear <u>pro hac vice</u>, it is hereby ORDERED that Ms. Sharp be admitted to this Court <u>pro hac vice</u> to represent Plaintiff in the above-captioned actions.

        The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    July 8, 2008
            New York, New York

                                              SO ORDERED:

                                              _____
                                                WILLIAM H. PAULEY III
                                                     U.S.D.J.