```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
EUGENE F. BRIGHAM, individually and on   :
behalf of all others similarly situated,
                                         :
              Plaintiff,                     08 Civ. 4431 (WHP)
                                         :
     -against-                               ORDER GRANTING
                                         :   ADMISSION PRO HAC VICE
ROYAL BANK OF CANADA et. al.,
                                         :
              Defendants.
------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/08

WILLIAM H. PAULEY III, District Judge:

Having reviewed the Notice of Motion and the Affidavit of Jonathan K. Levine, Esq. in support of admitting Aaron M. Sheanin, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Sheanin be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned actions.

The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:   July 8, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.