```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EUGENE F. BRIGHAM, individually and on :
behalf of all others similarly situated,
                                        :
           Plaintiff,                        08 Civ. 4431 (WHP)
                                        :
       -against-                             ORDER GRANTING
                                        :    ADMISSION PRO HAC VICE
ROYAL BANK OF CANADA et. al.,
                                        :
           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Having reviewed the Notice of Motion and the Affidavit of Jonathan K. Levine, Esq. in support of admitting Daniel C. Girard, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Girard be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned actions.

      The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:   July 8, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.