# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Eugene F. Brigham, Individually and as Trustee ) 
of the Eugene F. Brigham Trust, the Katherine ) 
L. Brigham Special Trust and the Laura H. ) Case No. 1:08-CV-4431-WHP
Brigham Special Trust, and on Behalf of All ) 
Others Similarly Situated, )
)
                   Plaintiff, )
)
     v. )
)
Royal Bank of Canada, RBC Dain Rauscher )
Inc., and RBC Capital Markets Corporation, )
)
                 Defendants. )
_____ )

**NOTICE OF MOTION OF EUGENE F. BRIGHAM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that plaintiff Eugene F. Brigham (trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust), by his counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York for an Order (filed herewith): (i) appointing him as Lead Plaintiff; (ii) approving his selection of Girard Gibbs LLP to serve as Lead Counsel, Stueve Siegel Hanson LLP to serve as Co-Lead Counsel, and Seeger Weiss LLP to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Mr. Brigham submits herewith a Memorandum of Law, [Proposed] Order, and the Declaration of Jonathan K. Levine and all exhibits attached thereto.

DATED: July 11, 2008

Respectfully submitted,

**GIRARD GIBBS LLP**

By:  */S/  Jonathan K. Levine*
    Jonathan K. Levine (JL-8390)

Daniel C. Girard (*pro hac vice*)
Aaron M. Sheanin (*pro hac vice*)
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

**Proposed Lead Counsel**

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**Proposed Co-Lead Counsel**

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street, 10th Floor
New York, NY  10004
Telephone:  (212) 584-0757
Facsimile:  (212) 584-0799

**Proposed Liaison Counsel**

## <u>CERTIFICATE OF SERVICE</u>

I, Jonathan K. Levine, hereby certify that on July 11, 2008, I caused the following

document(s) to be filed electronically with the United States District Court for the Southern

District of New York through the Court's mandated ECF service:

1.    **NOTICE OF MOTION OF EUGENE F. BRIGHAM FOR APPOINTMENT
      AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Counsel of record are required by the Court to be registered e-filers, and as such are

automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July, 2008 at San Francisco, California.


*/S/ Jonathan K. Levine*
Jonathan K. Levine

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Eugene F. Brigham, Individually and as Trustee
of the Eugene F. Brigham Trust, the Katherine
L. Brigham Special Trust and the Laura H.
Brigham Special Trust, and on Behalf of All
Others Similarly Situated,

               Plaintiff,

    v.

Royal Bank of Canada, RBC Dain Rauscher
Inc., and RBC Capital Markets Corporation,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:08-CV-4431-WHP

**[PROPOSED] ORDER APPOINTING EUGENE F. BRIGHAM AS LEAD PLAINTIFF
AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Upon consideration of the motions and supporting papers filed by the movants for lead plaintiff in the above-captioned actions and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion Of Eugene F. Brigham For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel is **GRANTED**;

2.    Plaintiff Eugene F. Brigham (trustee of the Eugene F. Brigham Trust, the Katherine L. Brigham Special Trust and the Laura H. Brigham Special Trust) is hereby **APPOINTED** to serve as Lead Plaintiff in this action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.    The law firm of Girard Gibbs LLP is hereby **APPOINTED** to serve as Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

4.    The law firm of Stueve Siegel Hanson LLP is hereby **APPOINTED** to serve as Co-Lead Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

///

///

///

5.      The law firm of Seeger Weiss LLP is hereby **APPOINTED** to serve as Liaison

Counsel for the Class, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-

4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-

captioned action.

**SO ORDERED.**


DATED: _____, 2008      _____

                                THE HONORABLE WILLIAM H. PAULEY
                                UNITED STATES DISTRICT JUDGE