# GIRARD GIBBS LLP

Attorneys at Law

601 California Street, 14th Floor | San Francisco, CA 94108-2805
Tel: 415.981.4800 | Fax: 415.981.4846 | www.girardgibbs.com



SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

July 11, 2008

**VIA HAND DELIVERY**

The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    ***Brigham v. Royal Bank of Canada, et al.***, Case No. 08-cv-4431 (WHP)

Dear Judge Pauley:

    We represent plaintiff Eugene H. Brigham who wishes to file a motion for appointment as lead plaintiff in the above-referenced class action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion must be made by any plaintiff or class member who intends to seek appointment as a lead plaintiff, not later than 60 days following the publication of the first notice that was issued advising investors of the pendency of the case. *See* 15 U.S.C. § 78u-4(a)(3)(A) and (B). Based on the date of the publication of notice of the pending class action, lead plaintiff motions are due today.

    The Court's Individual Practices require the parties to have a pre-motion conference with the Court before filing most motions. Because of the deadline imposed by the PSLRA, and the fact that we are unaware of which other class members may be moving for appointment as lead plaintiff, we respectfully request leave from complying with this practice so that we may timely file our motion.

        Very truly yours,

        GIRARD GIBBS LLP

        Jonathan K. Levine

Cc:    Sean M. Murphy (counsel for defendants)
       Norman E. Siegel (counsel for plaintiff)
       Stephen A. Weiss (counsel for plaintiff)

Application Granted
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/14/08